JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RODRIGO MIJARES,

            Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

            Defendant.

Case No. 2:21-cv-00028-JCM-VCF

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

    Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 1, 2021 through and including **March 31, 2021**. Equifax request the additional time to review the allegations of the Complaint in order to respond to the same in a meaningful fashion. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 1ˢᵗ day of March, 2021.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ Erik W. Fox, Esq.
Mathew Higbee.
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave., Suite 200
Las Vegas, NV 89032
Phone: (714) 600-8085
FAX: (866) 534-7049
Email: mhigbee@higbeeassociates.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 3-2-2021

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 1st day of March, 2021, via the Court's CM/ECF system which will send notification to all counsel of record.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*