# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RODRIGO MIJARES,<br><br>             Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendant. | 2:21-cv-00028-JCM-VCF<br><br>**ORDER** |

Before the Court is the Notice of Settlement (ECF No. 12) filed on June 30, 2021.  The parties stated that they would file a stipulation and order for dismissal 30 days from their notice.  To date, no stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 3, 2021.

DATED this 3rd day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE